IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., | CASE NO. CV F 12-1219 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 9.) |
| vs. | |
| VAGABOUND INN BAKERSFIELD, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.  DISMISSES without prejudice this action in its entirety;
2.  VACATES all pending matters and dates, including the November 18, 2012 scheduling conference; and
3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 3, 2012**                         /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1